# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **JULIE A. SU**, Acting Secretary of Labor, United States Department of Labor,<br>                 Plaintiff,<br><br>v.<br><br>**ARORA HOSPITALITY GROUP, LLC**, Et al.,:<br>                 Defendants. | Misc. Case No.: **23-mc-0017-bhl**<br><br>District Judge Brett H. Ludwig |

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's November 2, 2023 *Order* (Dkt. 14), the Acting Secretary of Labor, United States Department of Labor ("DOL") submits this status report to the Court regarding Plaintiff's efforts to contact Respondents.

1. On Wednesday, November 21, 2023, Plaintiff searched the Wisconsin State Court's website and Westlaw's "Company Investigator" for state court cases naming each of the following five Respondents: Arora Hospitality Group LLC, Banee Corporation, Harjap Hospitality Group LLC, Oshkosh Hospitality Group LLC, and MKE Oil Corporation, and owner Hardeep Arora (collectively "Respondents").

2. Plaintiff's search resulted in 72 case records in which Respondents were a named party. In 12 of these cases, 6 attorneys appeared on record as representing one of the named respondents. Plaintiff contacted or attempted to contact all six attorneys by telephone or e-mail.

1

3. On November 27, 2023, Respondent Hardeep Arora contacted Plaintiff by telephone after attorney Virginia Ellen George notified him that Plaintiff was trying to contact him. Plaintiff notified Respondent Hardeep Arora about this subpoena enforcement action and confirmed with him that he owned all five named Respondents. Plaintiff also informed Respondent Hardeep Arora about the status hearing on December 5, 2023, at 2:00 p.m.

4. Respondent Hardeep Arora confirmed with Plaintiff that he intends to attend the status hearing on December 5, 2023, at 2:00 p.m.

5. Plaintiff also sent by e-mail to aurorahospitality21@gmail.com, the e-mail address Respondent Hardeep Arora provided to Plaintiff, a copy of the petition for enforcement (Dkt. 1), memorandum of law and accompanying documents (Dkts. 2, 2-1 through 2-16), June 30, 2023 Order for Civil Contempt (Dkt. 7), Plaintiff's Motion for Additional Sanctions (Dkts. 10-11), and November 1, 2023 Court Minutes and Order (Dkt. 14).

    Respectfully submitted,

**SEEMA NANDA**
Solicitor of Labor

**CHRISTINE Z. HERI**
Regional Solicitor

Dated: November 28, 2023

*/s/ Bharathi Pillai*
BHARATHI PILLAI
U.S. Department of Labor
Office of the Solicitor
230 South Dearborn Street, Rm. 844
Chicago, Illinois 60604
(312) 886-6991

pillai.bharathi@dol.gov

*Attorneys for Plaintiff Julie A. Su, Acting Secretary of Labor, United States Department of Labor*